## Jean Ginocchio, Appellee, v. Frank Frederick and Joseph Frederick, Appellants.

**Gen. No. 47,399.**

First District, Second Division.
October 21, 1958.
Released for publication November 13, 1958.

Freeman & Freeman, for appellants; William Parker Ward, for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**